

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2015

No. 04-15-00121-CV

**INTEREST OF A.T., A.T., X.T., M.T., AND F.T.,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02073
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal from the trial court's March 20, 2015, final order terminating appellant R.T.'s parental rights. Appellant's notice of appeal was deemed filed on March 20. Accordingly, the record was due March 30, 2015. *See* TEX. R. APP. P. 26.1(b), 35.1(b). Appellant's court-appointed appellate counsel filed a written request for a reporter's record, requesting preparation and filing of the record of the trial court proceedings in this case. Our records indicate that David Zarate and Kayleen Rivera are the reporters responsible for the record in this case. Zarate's part of the record has not been filed.

We **order** David Zarate to file the reporter's record by **April 10, 2015**. *See* TEX. R. APP. P. 35.3(c) (extension of time to file record in accelerated appeal must not exceed 10 days).

Because this is an appeal from the termination of parental rights, "the trial court must direct the official or deputy reporter to immediately commence the preparation of the reporter's record. The trial court must arrange for a substitute reporter, if necessary." TEX. R. APP. P. 28.4(b)(1). We **order** the clerk of this court to serve a copy of this order on the trial court. *See* TEX .R. APP. P. 35.3(c) ("[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed").

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court